**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:25-cv-60267-AHS**

**JAMIL HINDI,**
***individually and on behalf of all others similarly situated,***

**Plaintiff,**

**v.**

**CONSOLIFI,**

**Defendant.**
__________________________________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CONSOLIFI**

Plaintiff Jamil Hindi, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *without* Prejudice of Defendant Consolifi *only* in the above-styled action.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*


LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: May 13, 2025

Respectfully Submitted,

/s/ Faaris K. Uddin .
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26TH Street
Wilton Manors, FL 33305
Phone: (813) 340-8838

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 13, 2025, the foregoing was served via e-mail on counsel for Defendant.

/s/ Faaris K. Uddin .
**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com